In re O'BRIEN.

(Supreme Court, Appellate Division, First Department. November 2, 1910.)

ELECTIONS (§ 156*)—NOMINATION—WHEN COMPLETE—"NOMINEE."

A candidate becomes a "nominee" for public office only upon filing the certificate of nomination with the proper officers, within the meaning of Election Law (Consol. Laws, c. 17) § 136.

[Ed. Note.—For other cases, see Elections, Dec. Dig. § 156.*

For other definitions, see Words and Phrases, vol. 5, p. 4817.]

Scott and Miller, JJ., dissent.

Appeal from Special Term, New York County.

In the matter of William P. O'Brien. On appeal from an order of Special Term. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

R. L. Luce, for appellant.
Abm. G. Meyer and A. S. Gilbert, for respondent.

INGRAHAM, P. J. In my view of the election law (Consol. Laws, c. 17), the intention is throughout expressed that a nomination for public office becomes complete only upon filing the certificate of nomination with the proper officers, and then, and not before, the person nominated becomes the candidate of the party for that office, within the meaning of section 136 of the election law.

The order appealed from is therefore affirmed.

LAUGHLIN and CLARKE, JJ., concur. SCOTT and MILLER, JJ., dissent.